*James M. Ralls*, assistant state's attorney, in opposition.

Decided January 11, 2006

STATE OF CONNECTICUT *v.* CHAMON CABEZUDO

The defendant's petition for certification for appeal from the Appellate Court, 92 Conn. App. 303 (AC 24791), is denied.

*Maria A. Cahill*, special public defender, in support of the petition.

*Susann E. Gill*, senior assistant state's attorney, in opposition.

Decided January 11, 2006